United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 09, 2022

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Tommy Lee Jackson and Sharika LaShawn Smith
Debtor

Case No.: 22−31212

Chapter: 13

---

### ORDER OF DISMISSAL

1. On the chapter 13 trustee's motion, this case is dismissed. The Court's reasons for dismissal were stated on the record in open court.

2. The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this order. The deadline for filing a motion for allowance of a claim arising under § 507(b) in this case is also set at 21 days following entry of this order.

3. If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of administrative expenses under § 503 if the new application only seeks allowance of the same professional fees and expenses previously requested.

4. Any prior order directing an employer or other person to pay funds to the chapter 13 trustee is terminated. Any prior order authorizing an ACH or other means of electronic payment is terminated.

5. The Court finds good cause to direct the payment of funds held by the chapter 13 trustee at the time of entry of this Order as follows:

   (a) First, the balance on hand in the Emergency Savings Fund will be paid to the Debtor(s);

   (b) Second, to any unpaid chapter 13 trustee's statutory compensation;

   (c) Third, the balance on hand in the Reserves for *ad valorem* taxes, to the holder of the claim secured by the senior security interest against the property for which the Reserves were established;

   (d) Fourth, the balance in any other Reserve account to the Debtor;

   (e) Fifth, to any unpaid payments mandated to be made by the Trustee under a prior Court order, including but not limited to any mandated adequate protection payments;

   (f) Sixth, to pay any unpaid fees to Debtor(s)' attorneys and to reserve for any filed applications for which no order has yet been entered; and

   (g) Seventh, to the Debtor(s).

Any party−in−interest objecting to the "for cause" distributions under this paragraph must file an objection within 14 days of entry of this Order. The chapter 13 trustee will defer making distributions under this paragraph until the next ordinary disbursement date following the later of (i) 22 days following entry of this Order; or (ii) entry of an order resolving any timely filed objection.

Signed and Entered on Docket: 8/9/22.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-31212-drj |
| Tommy Lee Jackson | Chapter 13 |
| Sharika LaShawn Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 09, 2022 | Form ID: dsmwodj | Total Noticed: 73 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Lee Jackson, Sharika LaShawn Smith, 2200 Plantation #121, Conroe, TX 77303-1112 |
| 12245021 | #+ | Advanced Recovery Group, 1373 Broad St. #204, Clifton, NJ 07013-4231 |
| 12248843 | + | Attorney General of Texas-CSD, 6161 Savoy, Ste 320, Houston, TX 77036-3337 |
| 12244560 | + | Attorney General of Texas-Child Support Division, Attention: Angela Lancelin, AAG, 6161 Savoy Ste. 320, Houston, Texas 77036-3337 |
| 12246462 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 12240201 | + | Bitty Advance, 1855 Griffin Rd, Dania Beach, FL 33004-2241 |
| 12240205 | | Carmax Finance, 825 Chastain Meadows Ct., Kennesaw, GA 30844 |
| 12240214 | + | Dominey Property Management, 2700 Lake Road, Huntsville, TX 77340-5631 |
| 12269451 | | Entergy Texas, LLC, L-JEF-359, 4809 Jefferson Hwy., Ste. A, New Orleans, LA 70121-3138 |
| 12248862 | + | Everest Business Funding, 8200 NW 52 Terrace, Suite 200, Doral, FL 33166-7852 |
| 12245023 | + | HCTRA-Violations, PO Box 440, Dept 8, Houston, TX 77001-0440 |
| 12248869 | + | Justin Killingsworth, 2405 Ave I, Ste. C, Huntsville, TX 77340-5831 |
| 12248870 | | Lake Hills Business Park, 1027 I-45 South, Suite 1, Huntsville, TX 77340 |
| 12248873 | + | Mille Miglia Apartments, 2200 Plantation Dr., Conroe, TX 77303-1109 |
| 12248874 | + | Nick's Seafood, 5123 Louetta Road, Spring, TX 77379-8134 |
| 12240222 | + | Property Commerce, 8811 Gaylord Dr., Suite 200, Houston, TX 77024-2924 |
| 12240226 | + | Specialty Capital, 6860 Austin St., Suite 603, Forest Hills, NY 11375-4245 |
| 12240227 | + | Square Loans, c/o JP Morgan Chase-Lockbox Processing, Attn: Square Finance Services, 4 Chase Metrotech Center, 7th Floor East, Brooklyn, NY 11245-0003 |
| 12240231 | + | Tarek, Maalouf Properties LLC, 5546 Silent Timber Path Lane, Spring, TX 77386-4112 |
| 12240232 | + | Tarek, Maalouf PropertiesLLC, 5546 Silent Timber Path Lane, Spring, TX 77386-4112 |
| 12248883 | + | Tarek Maalouf, Maalouf Properties LLC, 5546 Silent Timber Path Lane, Spring, TX 77386-4112 |
| 12240233 | + | Top Notch Used Cars, 900 East Davis, Conroe, TX 77301-3023 |
| 12245024 | | TxTag, PO Box 650749, Dallas, Texas 75265-0749 |
| 12248890 | + | William E. Heitkamp, 9821 Katy Freeway, Suite 590, Houston, Texas 77024-1294 |
| 12245025 | + | Yana Chechelnitsky, Esq, 61-43 186th Street, Suite 450, Fresh Meadows, NY 11365-2710 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Aug 09 2022 20:08:05 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | | |
| | | | Aug 09 2022 19:55:29 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |
| 12240195 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Aug 09 2022 19:56:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |

| District/off: 0541-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: dsmwodj | Total Noticed: 73 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 12253957 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2022 20:07:57 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12240196 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 20:08:00 | American Express, PO Box 981532, El Paso, Texas 79998-1532 |
| 12240197 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 20:07:59 | American Express Business, 200 Vesey Street, New York, NY 10285-0002 |
| 12256494 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 20:07:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12240198 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 20:07:52 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 12248847 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Aug 09 2022 19:56:00 | BMO Harris Bank, PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 12240202 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Aug 09 2022 19:56:00 | BMO Harris Bank, PO Box 71810, Chicago, IL 60694-1810 |
| 12240199 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2022 19:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 12240200 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2022 19:56:00 | Bank of America Business, PO Box 982238, El Paso, TX 79998-2238 |
| 12241586 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 09 2022 19:56:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 12248850 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 09 2022 19:56:00 | Carmax Auto Finance, 225 Chastain Meadows Ct., Ste 210, Kennesaw, GA 30844 |
| 12241493 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 09 2022 19:56:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 12240203 | + | Email/Text: bankruptcy@usecapital.com | Aug 09 2022 19:57:00 | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 12240204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 20:08:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12258770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 20:07:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12240206 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Aug 09 2022 19:57:00 | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 12248855 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 09 2022 19:56:00 | Citizen's Bank, One Citizens Bank Way, Mailstop JCA115, Johnston, RI 02919-1922 |
| 12262386 | ^ | MEBN | Aug 09 2022 19:55:28 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12240210 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 09 2022 19:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12240211 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2022 20:07:59 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12240212 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Aug 09 2022 19:57:00 | Credit Systems International, Inc, Attn: Bankruptcy, PO Box 1088, Arlington, TX 76004-1088 |
| 12240213 | | Email/Text: G06041@att.com | Aug 09 2022 19:57:00 | Direct TV, PO Box 538605, Atlanta, GA 30353-8605 |
| 12240221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 20:07:54 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| District/off: 0541-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: dsmwodj | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 12240215 | | Email/Text: credit7@entergy.com | Aug 09 2022 19:56:00 | Entergy, PO Box 8104, Baton Rouge, LA 70891-8104 |
| 12240217 | ^ | MEBN | Aug 09 2022 19:55:15 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 12240218 | + | Email/Text: bncnotifications@pheaa.org | Aug 09 2022 19:56:00 | Fedloan, FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 12240220 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2022 19:56:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 12240207 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2022 20:07:57 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101 |
| 12240208 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2022 20:07:50 | Chase Business, PO Box 6185, Westerville, OH 43086 |
| 12240209 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2022 20:07:57 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 12248868 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2022 20:08:04 | JPMCB Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 12254627 | + | Email/Text: RASEBN@raslg.com | Aug 09 2022 19:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 12243830 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2022 20:08:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12248871 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2022 20:08:00 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12240700 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 09 2022 20:07:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12240223 | ^ | MEBN | Aug 09 2022 19:54:21 | Rent Recovery Solution LLC, Attn: Bankruptcy, 1945 The Exchange, Ste 120, Atlanta, GA 30339-2062 |
| 12240224 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 09 2022 19:57:00 | Santander Consumer USA, Inc., 8585 N. Stemmons Fwy, Suite 1100-N, Dallas, Texas 75247-3822 |
| 12240228 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Aug 09 2022 19:56:00 | Sunbelt Credit, PO Box 3146, Spartanburg, SC 29304-3146 |
| 12240229 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 20:07:57 | Syncb/Home Designs, Po Box 965036, Orlando, FL 32896-5036 |
| 12240230 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 20:07:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12240235 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Aug 09 2022 19:57:00 | US Foods, 111 Alliance Dr., Houston, TX 77032-4113 |
| 12240234 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Aug 09 2022 19:56:00 | United States Trustee, 515 Rusk Street, Room 3516, Houston, Texas 77002-2604 |
| 12268030 | | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2022 20:07:59 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 12248889 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 09 2022 19:56:00 | Verizon Wireless, National Recovery Operations, PO Box 26055, Minneapolis, MN 55426-0055 |
| 12240236 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 09 2022 19:56:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 48

District/off: 0541-4               User: admin                                        Page 4 of 5
Date Rcvd: Aug 09, 2022            Form ID: dsmwodj                                   Total Noticed: 73

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12240216 | | Expert Diesel Lease |
| 12240225 | | Shop Lease-Confetti |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12248838 | *+ | Advanced Recovery Group, 1373 Broad St. #204, Clifton, NJ 07013-4231 |
| 12248839 | *+ | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 12248840 | *+ | American Express, PO Box 981532, El Paso, Texas 79998-1532 |
| 12248841 | *+ | American Express Business, 200 Vesey Street, New York, NY 10285-0002 |
| 12259102 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12248842 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 12248844 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 12248845 | *+ | Bank of America Business, PO Box 982238, El Paso, TX 79998-2238 |
| 12248846 | *+ | Bitty Advance, 1855 Griffin Rd, Dania Beach, FL 33004-2241 |
| 12248848 | *+ | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 12248849 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12248851 | *+ | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 12248856 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12248857 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12248858 | *+ | Credit Systems International, Inc, Attn: Bankruptcy, PO Box 1088, Arlington, TX 76004-1088 |
| 12248859 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, PO Box 538605, Atlanta, GA 30353-8605 |
| 12248872 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 12248860 | *+ | Dominey Property Management, 2700 Lake Road, Huntsville, TX 77340-5631 |
| 12248861 | * | Entergy, PO Box 8104, Baton Rouge, LA 70891-8104 |
| 12248863 | *+ | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 12248864 | *+ | Fedloan, FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 12248865 | *+ | HCTRA-Violations, PO Box 440, Dept 8, Houston, TX 77001-0440 |
| 12241263 | * | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12248867 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 12240219 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12248866 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12248852 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101 |
| 12245022 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Business, PO Box 6185, Westerville, OH 43086 |
| 12248853 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Business, PO Box 6185, Westerville, OH 43086 |
| 12248854 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 12248875 | *+ | Property Commerce, 8811 Gaylord Dr., Suite 200, Houston, TX 77024-2924 |
| 12248876 | *+ | Rent Recovery Solution LLC, Attn: Bankruptcy, 1945 The Exchange, Ste 120, Atlanta, GA 30339-2062 |
| 12248877 | *+ | Santander Consumer USA, Inc., 8585 N. Stemmons Fwy, Suite 1100-N, Dallas, Texas 75247-3822 |
| 12248878 | *+ | Specialty Capital, 6860 Austin St., Suite 603, Forest Hills, NY 11375-4245 |
| 12248879 | *+ | Square Loans, c/o JP Morgan Chase-Lockbox Processing, Attn: Square Finance Services, 4 Chase Metrotech Center, 7th Floor East, Brooklyn, NY 11245-0003 |
| 12248880 | *+ | Sunbelt Credit, PO Box 3146, Spartanburg, SC 29304-3146 |
| 12248881 | *+ | Syncb/Home Designs, Po Box 965036, Orlando, FL 32896-5036 |
| 12248882 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12248884 | *+ | Top Notch Used Cars, 900 East Davis, Conroe, TX 77301-3023 |
| 12248885 | * | TxTag, PO Box 650749, Dallas, Texas 75265-0749 |
| 12248887 | *+ | US Foods, 111 Alliance Dr., Houston, TX 77032-4113 |
| 12248886 | *+ | United States Trustee, 515 Rusk Street, Room 3516, Houston, Texas 77002-2604 |
| 12248888 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 12248891 | *+ | Yana Chechelnitsky, Esq, 61-43 186th Street, Suite 450, Fresh Meadows, NY 11365-2710 |

TOTAL: 2 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

District/off: 0541-4 | User: admin | Page 5 of 5
Date Rcvd: Aug 09, 2022 | Form ID: dsmwodj | Total Noticed: 73

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher S Murphy | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com  jtownzen@qslwm.com |
| Rod S Kemsley | on behalf of Debtor Tommy Lee Jackson rkemsley@kemsleylaw.com |
| Rod S Kemsley | on behalf of Joint Debtor Sharika LaShawn Smith rkemsley@kemsleylaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| William E. Heitkamp | heitkamp@ch13hou.com |

TOTAL: 6